IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES RUSSELL WHITFIELD, JR. | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| HARRY WILSON, et al. | : | NO. 08-1163 |

**O R D E R**

**AND NOW**, this 18th day of February, 2009, upon careful and independent consideration of the petition for Writ of Habeas Corpus and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, **IT IS ORDERED** that:

1. Petitioner's Objections to the Report and Recommendation are

    **OVERRULED.**

2. The Report and Recommendation is **APPROVED** and **ADOPTED**.

3. The petition for Writ of Habeas Corpus is **DENIED** with prejudice.

4. There is no probable cause to issue a certificate of appealability.

5. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:


/s/ Robert F. Kelly
ROBERT F. KELLY,
SENIOR JUDGE